JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUEELA WALTON,<br><br>Plaintiff,<br><br>v.<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC.,<br><br>Defendant. | CV 25-7883 PA (SSCx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 8, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 8, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE